# Gary L. Cutler, P.C.
Attorney-At-Law
160 Broadway, 10th Floor, East Building
New York, NY 10038

Tel.: (212) 227-4358
Cell: (917) 628-9062
Email: garycutlerlaw@gmail.com

April 4, 2022

Via CM/ECF and Mail

Magistrate Judge Vera M. Scanlon
Courtroom 13A – South Wing
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States of America v. Romean Brown, 1:22-cr-00087-DG

Dear Magistrate Judge Scanlon:

I was appointed on March 31, 2022 to represent Mr. Romean Brown as CJA counsel in the above-referenced case. Mr. Brown's arraignment and bail hearing were held before Your Honor that day. Your Honor released Mr. Brown on a $75,000 appearance bond co-signed by his mother Marsheene Johnson which included, among other requirement, location monitoring and a curfew to be set by Pre-trial Services. At the time, Your Honor invited Mr. Brown to consider joining the S.O.S. program.

Mr. Brown and his aunt Shenneika Smith met with Senior U.S. Pretrial Services Officer Amina Adossa-Ali today and discussed the S.O.S. program. Mr. Brown requested that he become an S.O.S. participant. Officer Adossa-Ali has informed me that the next move is to seek from Your Honor a modification of his bail order to add the S.O.S. program as a condition of his release. (Please see the attached email from Officer Adossa-Ali to me). Officer Adossa-Ali also stated that once she received the signed order, she would take care of the rest of the process.

Accordingly, we are respectfully requesting that you modify Mr. Brown's conditions of release to add the S.O.S. program as a condition of his release.

Respectfully submitted,

Gary L. Cutler, P.C.

By:  /s/
     Gary L. Cutler

cc: AUSA Michael Gibaldi (CM/ECF)

 Gmail

# Romean Brown
1 message

**Gary Cutler <garycutlerlaw@gmail.com>**

**Amina Adossa-Ali** <Amina_Adossa-Ali@nyept.uscourts.gov>  
To: "garycutlerlaw_gmail.com" <garycutlerlaw@gmail.com>

Mon, Apr 4, 2022 at 10:11 AM

Good Morning Mr. Cutler,

I just met with Mr. Brown and his aunt Shenneika Smith and discussed the SOS program in detail. Mr. Brown has expressed interest in becoming part of the SOS program. The next step is for you to submit a memo to Judge Scanlon advising that he is requesting to become an SOS participant and asking that the bail conditions be modified to add the S.O.S. program as a condition of his release. Once I receive the signed order from Judge Scanlon, I will take care of the rest.

If you have any questions or concerns feel free to contact. I don't be believe we have had an SOS cases in the past so I have attached a copy of our policy and the Participant Acknowledgment. I would be happy to address any questions you may have.

Amina Adossa-Ali

Sr U.S. Pretrial Services Officer

(Office)718-613-2318

(Fax)718-312-7214

---

**2 attachments**

- 📄 **SpecialOptionsServicesProgram(February 2013).pdf**  
  94K
- 📄 **SOS - Participant Acknowledgment.pdf**  
  693K